# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Aleksandr Altshuler
Tel: 646.346.8008
AltshulerA@ballardspahr.com

**MEMO ENDORSED**

June 23, 2026

*Via ECF*

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *Truist Bank v. Cough Zero, Inc., et al.,* No. 26-CV-01462 (JAV)
     Letter Motion to Adjourn Initial Pretrial Conference   June 30, 2026, at 11AM

Dear Judge Vargas:

This firm represents Interpleader Plaintiff Truist Bank ("Truist") in the above-referenced matter. We write with the consent of counsel for Interpleader Defendant Cough Zero, Inc. ("Cough Zero") to request an adjournment of the initial pretrial conference scheduled for June 30, 2026, at 11:00am. ECF No. 12. We request this adjournment to allow time for the Court to decide the Motion to Intervene of TYM Corporation and Root Corporation (collectively, "TYM"), filed May 22, 2026. ECF No. 26. If the motion is granted, TYM will have an interest in the topics the parties were to address in advance of the conference, as well as the topics to be addressed with the Court at the conference. The parties and the Court's resources therefore are best served by holding the initial pretrial conference after the Court decides whether to permit TYM to intervene in this case. No party has previously requested an adjournment of the initial pretrial conference. The next scheduled hearing is the initial pretrial conference, and no other appearances are currently scheduled before the Court.

We greatly appreciate the Court's consideration.

Respectfully submitted,

/s/ Aleksandr Altshuler

cc:     All counsel of record (*via ECF*)

The request to adjourn the Initial Pretrial Conference set for June 30, 2026 is DENIED. The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED

JEANNETTE A. VARGAS
United States District Judge

Dated: June 26, 2026