UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                        :
TRUIST BANK,                                                            :
                                                                        :
                          Plaintiff,                                   :        26-CV-01462 (JAV)
                                                                        :
              -v-                                                       :        ORDER OF DISMISSAL
                                                                        :
COUGH ZERO, INC., et al.,                                              :
                                                                        :
                          Defendants.                                  :
------------------------------------------------------------------------ X


JEANNETTE A. VARGAS, United States District Judge:

        As stated on the record at today's initial pretrial conference, the Court **GRANTS** the motion of Defendant HSBC Bank USA, N.A. ("HSBC") to be dismissed from this interpleader action.  The Court grants this motion without prejudice.

        The Clerk of Court is directed to terminate HSBC as a defendant in this case.

        SO ORDERED.

Dated: June 30, 2026
        New York, New York                          _____
                                                      JEANNETTE A. VARGAS
                                                      United States District Judge